

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00008-CV

———————————————

GARY MARTIN AND KAREN MARTIN, Appellants

V.

JOHN M. BAYOUTH, M.D.; TEXAS HEALTH CARE, P.L.L.C.; BAYLOR ALL SAINTS MEDICAL CENTER, Appellees

---

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-286901-16

---

Before Womack, J.; Sudderth, C.J.; and Gabriel, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

On January 11, 2019, and January 28, 2019, we notified appellants, in accordance with rule of appellate procedure 42.3(c), that we would dismiss this appeal unless appellant paid the $205 filing fee. *See* Tex. R. App. P. 42.3(c), 44.3. Appellants have not done so. *See* Tex. R. App. P. 5, 12.1(b).

Because appellants have not complied with a procedural requirement and the Texas Supreme Court's order of August 28, 2015,[1] we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: February 28, 2019

---

[1] *See* Supreme Court of Tex., Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Aug. 28, 2015) (listing courts of appeals' fees).